UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN RE: AIR CRASH NEAR CLARENCE CENTER,          **ORDER**
NEW YORK, ON FEBRUARY 12, 2009,                    09-md-2085

                                                This document relates to:
                                                09-CV-632S

　　　　On June 20, 2012, Defendants Pinnacle Airlines Corp. and Colgan Air, Inc. filed a

Motion to Vacate the Stay in this action to permit the completion of settlement and final

dismissal of this individual action with prejudice.  (Docket No. 234.[1])  Plaintiffs consent to

the relief requested and the bankruptcy court has lifted the automatic stay based on the

parties' stipulation.  (See Declaration of David J. Harrington, Docket No. 234-1, ¶¶ 7, 8.)

　　　　IT HEREBY IS ORDERED, that Defendants' Motion to Vacate the Stay (MDL

Docket No. 1016; Civil Docket No. 234) is GRANTED.

　　　　FURTHER, that this Court's Order staying this case (MDL Docket No. 983; Civil

Docket No. 227) is hereby vacated for the sole purpose of permitting the parties to

complete settlement and final dismissal of this individual action with prejudice.

　　　　FURTHER, that for all other purposes, this Court's Order staying this case remains

in effect.

　　　　SO ORDERED.

Dated:   June 24, 2012
              Buffalo, New York

                                        /s/William M. Skretny
                                        WILLIAM M. SKRETNY
                                            Chief Judge
                                        United States District Court

_____

[1]Unless otherwise noted, docket references are to the docket sheet in the individual action.